UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 11-7913 DSF (JCx) | Date | 9/29/11 |
|---|---|---|---|
| Title | Mike Lipschultz v. Good Knight Inc, Corp. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Remand

    On September 23, 2011, Defendant removed this action from state court.  The complaint was filed on August 4, 2011, and states a claim under a federal statute.  However, the notice of removal does not indicate if or when Defendant was served.  Therefore, the Court cannot determine whether removal was timely under 28 U.S.C. § 1446.

    Defendant is ordered to show cause in writing by October 7, 2011 why this case should not be remanded for untimely removal.  Plaintiff may, within the same time period, advise the Court if he does not object to the potential procedural defect.

    IT IS SO ORDERED.