UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mike Lipshultz**, <br><br> Plaintiff, <br><br> v. <br><br> **Good Knight Inn, Corporation**, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No. CV11-07913 DSF (JCx) <br><br> **JUDGMENT** |

The Court having found in favor of plaintiff Mike Lipshultz and against Defendant Good Knight Inn, Corporation after a court trial, **JUDGMENT** is entered in favor of plaintiff in the amount of $4,000.

The Court further **ORDERS**:

Defendant Good Knight Inn, Corporation shall permit service animals to accompany persons staying at its lodging facilities, unless the animal is creating a disturbance and the animal's handler does not take effective action to control it, or the animal is not housebroken. The Good Knight Inn is permitted to inquire whether (1) the animal is required because of a disability and (2) what work or task the animal has been trained to

perform, but it shall not ask about the nature or extent of the prospective customer's disability and shall not require documentation such as proof that the animal has been certified, trained, or licensed as a service animal. Good Knight Inn shall not require an individual with a disability to pay a surcharge as a condition of staying with a service animal.

Dated: 1/23/13

By: *Dale S. Fischer*
Dale S. Fischer
United States District Judge