UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mike Lipschultz**, <br>     Plaintiff, <br>   v. <br> **Good Knight Inn, Corporation**, a California Corporation; and Does 1-10, <br>     Defendants. | Case No. CV11-07913 DSF (JCx) <br><br> **AMENDED JUDGMENT** |

Following trial on August 21, 2012, Honorable Dale S. Fischer, United States District Judge Presiding, the court awarded the plaintiff $4,000. On February 27, 2013, the Court awarded attorney's fees in the amount of $34,190.00. On February 28, 2013, the Court taxed costs in the amount of $2,276.01. Thus, the final **JUDGMENT** is in favor of plaintiff Mike Lipshultz and against Defendant Good Knight Inn, Corporation in the amount of **$40,466.01**.

Dated: 5/6/13

By: _/s/ Dale S. Fischer_
United States District Judge

1